IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cv-1965 |
| Plaintiff, | |
| v. | Dist. Judge Georgia N. Alexakis |
| SIR-MICHAEL JOSEPH DAVENPORT; and MY UNITY FINANCIAL & TAX PREPARATION, LLC, | |
| Defendants. | |

**JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT OF PERMANENT INJUNCTION**

Plaintiff United States of America and Defendants Sir-Michael Joseph Davenport and My Unity Financial & Tax Preparation, LLC, submit this joint motion for entry of a stipulated judgment of permanent injunction with respect to all causes of action in this case as follows:

1. The United States filed a complaint against Davenport and My Unity Tax seeking a permanent injunction under 26 U.S.C. §§ 7402(a) and 7407.

2. The Parties agree that the Court should enter a permanent injunction against Davenport and My Unity Tax in a form identical or substantially similar to the language contained in the proposed stipulated judgment of permanent injunction submitted herewith.

3. Davenport and My Unity Tax admit this Court has subject matter jurisdiction and that they are subject to the Court's personal jurisdiction.

4. The Parties waive entry of findings of fact and conclusions of law.

5. The Parties understand and agree that the judgment of permanent injunction will be entered under Federal Rule of Civil Procedure 65 and will constitute the final judgment against Defendants in this matter. The Parties waive the right to appeal from the judgment and agree that they will bear their own respective costs, including any attorney's fees or other expenses of this litigation.

6. The proposed stipulated judgment of permanent injunction is submitted herewith. The parties jointly request that the proposed judgment be entered.

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Philip L. Bednar*
CURTIS C. PAUL
PHILIP L. BEDNAR
Trial Attorneys
U.S. Department of Justice, Tax Division
P.O. Box 55
Washington, D.C. 20044
Tel: (202) 514-5624 (Paul)
Tel: (202) 307-6415 (Bednar)
Fax: (202)-514-5238
Curtis.Paul@usdoj.gov
Philip.L.Bednar@usdoj.gov
Counsel for Plaintiff United States of America


GORDON LAW GROUP

*/s/ Daniel Urban (by email permission)*
Daniel Urban (IL Bar No. 6301065)
4709 Golf Road, Suite 1100
Skokie, IL 60076
Tel: (847) 580-1279
Fax: (847) 305-1202
danielu@gordonlaw.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to all registered CM/ECF participants.

<em>/s/ Philip L. Bednar</em><br>
PHILIP L. BEDNAR<br>
Trial Attorney